# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Levy, Robert M. | USDC EDNY | 6/12/2020 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Magistrate Judge full-time

**5a. Report Type (check appropriate type)**

- [ ] Nomination        Date
- [ ] Initial    [✔] Annual        [ ] Final

**5b.** [✔]  Amended Report

**6. Reporting Period**

01/01/2018
**to**
12/31/2018

**7. Chambers or Office Address**

225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

- [ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | New York University School of Law |
| 2. | Adjunct Professor of Law | Brooklyn Law School |
| 3. | Lecturer in Law | Columbia Law School |
| 4. | Limited Partner | Fourlee Partnership |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

- [ ] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | ongoing | ACLU Employee Retirement Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 6/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | New York University School of Law | $14,000.00 |
| 2. 2018 | Columbia Law School | $7,605.00 |
| 3. 2018 | Brooklyn Law School | $5,500.00 |
| 4. 2018 | ACLU Pension | $12,255.42 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | NYS & Local Employees Retirement System |
| 2. 2018 | The Legal Aid Society pension |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 6/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase | credit card | K |
| 2. Citibank | credit card | J |
| 3. Mass Mutual | policy loan | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 6/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Mass Mutual Life Ins--MML Gr Allocn--whole life | A | Dividend | J | T | | | | | |
| 2.  Mass Mutual Life Ins--whole life | A | Dividend | K | T | | | | | |
| 3.  Mass Mutual Life Ins--whole life | A | Dividend | K | T | | | | | |
| 4.  Mass Mutual Life Ins--whole life | A | Dividend | J | T | | | | | |
| 5.  Mass Mutual Life Ins--whole life | B | Dividend | K | T | | | | | |
| 6.  Mass Mutual Life Ins --whole life | C | Dividend | L | T | | | | | |
| 7.  Mass Mutual Variable Life MMI Equity | A | Dividend | J | T | | | | | |
| 8.  Mass Mutual Life | A | Dividend | J | T | | | | | |
| 9.  Four Lee Limited Partnership | C | Int./Div. | L | T | | | | | |
| 10.  Deferred Compensation Plan | F | Dividend | O | T | | | | | |
| 11.  Copeland Stable Income Fd | C | Int./Div. | N | T | | | | | |
| 12.  -Copeland Stable Income Fd | | | | | Buy (add'l) | 03/16/18 | L | | |
| 13.  -Copeland Stable Income Fd | | | | | Buy (add'l) | 04/17/18 | L | | |
| 14.  -Copeland Stable Income Fd | | | | | Buy (add'l) | 07/26/18 | J | | |
| 15.  -Copeland Stable Income Fd | | | | | Sold (part) | 10/12/18 | L | | |
| 16.  -Copeland Stable Income Fd | | | | | Buy (add'l) | 11/29/18 | L | | |
| 17.  -Copeland Stable Income Fd | | | | | Buy (add'l) | 12/17/18 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 6/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Fidelity OTC | D | Dividend | | | Sold<br>(part) | 01/16/18 | K | D | |
| 19.   -Fidelity OTC | D | Dividend | | | Sold<br>(part) | 03/16/18 | K | | |
| 20.   -Fidelity OTC | D | Dividend | | | Sold | 04/02/18 | M | | |
| 21.   -Fidelity OTC Class K | D | Dividend | M | | Buy | 04/02/18 | M | | |
| 22.   -Fidelity OTC K | D | Dividend | | | Sold<br>(part) | 04/17/18 | K | D | |
| 23.   -Fidelity OTC K | C | Dividend | | | Sold<br>(part) | 07/26/18 | J | | |
| 24.   -Fidelity OTC K | C | Dividend | | | Sold | 12/17/18 | M | | |
| 25.   -Vanguard Primecap Fund-Admiral | D | Dividend | M | T | Sold<br>(part) | 01/16/18 | K | A | |
| 26.   -Vanguard Primecap Fund-Admiral | D | Dividend | M | T | Sold<br>(part) | 03/16/18 | K | | |
| 27.   -Vanguard Primecap Fund-Admiral | D | Dividend | M | T | Sold<br>(part) | 04/17/18 | K | D | |
| 28.   -Vanguard Primecap Fund-Admiral | D | Dividend | M | T | Sold<br>(part) | 11/29/18 | K | E | |
| 29.   -VngrdWlngtnAdml | C | Dividend | K | | | | | | |
| 30.   -Vngrd Cap Opp * See note in Part VIII | | | | | Sold | 08/10/17 | L | | |
| 31.   -Vngrd R Strategic Equity Fd | | | | | Buy | 10/12/18 | K | | |
| 32.   -Vngrd Strategic Equity Fd | | | | | Sold | 12/17/18 | K | | |
| 33.   -TRowePr Blue Chip Gr Trust | D | | K | T | Buy<br>(add'l) | 01/16/18 | L | | |
| 34.   -TRowePr Blue Chip Gr Trust | | | L | T | Sold<br>(part) | 03/16/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 6/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -TRowe Pr Blue Chip Gr Trust | | | L | T | Sold<br>(part) | 04/17/18 | J | D | |
| 36. -TRowe P:rice Blue Chip Gr Trust | | | L | T | Sold<br>(part) | 08/01/18 | M | | |
| 37. -TRowe Price Blue Chip Growth Trust Class T6 | | | L | T | Buy | 08/01/18 | M | | |
| 38. -TRowe Price Blue Chip Growth Trust Class T6 | | | L | T | Sold<br>(part) | 11/29/18 | L | | |
| 39. -NSDCB Equity Index Unitized Acct | | | | | Buy | 10/12/18 | K | | |
| 40. -NSDCB Equity Index Unitized Acct | | | | | Sold<br>(part) | 12/17/18 | K | | |
| 41. -NSDCB Russell 2500 Index | | | | | Buy | 10/12/18 | K | | |
| 42. -NSDCB Russell 2500 Index | | | | | Sold | 12/17/18 | K | | |
| 43. IRA: Stifel Nicolaus (contains investments listed in lines 35-38) | B | Dividend | J | T | | | | | |
| 44. -First Trust Amern Agenda Sa Ca | A | Dividend | J | T | | | | | |
| 45. -Advisors Ubiquitous Strat 2017-1 MO CA | A | Dividend | J | T | | | | | |
| 46. Rental of Vacation Home, Suffolk County, NY | F | Rent | O | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Robert M. | 6/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, Line 29, Vanguard Opp corrects a typographical error on my FDR 2017. The fund was SOLD, not bought on 8/10/17 and is no longer part of the portfolio.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert M. Levy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544